**Order entered September 18, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00149-CV

**CONN APPLIANCES, INC., Appellant**

**V.**

**KENNY JONES, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-19-01490-A**

## ORDER

We **ORDER** the Dallas County Clerk to file in this Court a supplemental clerk's record containing the Exhibits to Conn Appliances, Inc.'s Motion to Dismiss and Compel Arbitration and for Sanctions, specifically Exhibits A through O, within **fifteen (15) days** of this Order.

We DIRECT the Clerk of the Court to transmit a copy of this order to the Dallas County Clerk and to counsel for the parties.

/s/    ROBBIE PARTIDA-KIPNESS
PRESIDING JUSTICE